

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2022

No. 04-22-00124-CV

**IN THE INTEREST OF P.R.D**., a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02325
Honorable Kimberly Burley, Judge Presiding

# O R D E R

On January 20, 2022, the trial court signed a final judgment terminating appellant's parental rights to her child. Because this is an accelerated appeal, the notice of appeal was due to be filed on February 9, 2022. *See* TEX. R. APP. P. 4.1(a), 26.1(b), 28.4; TEX. FAM. CODE ANN. § 263.405(a). A motion for extension of time to file the notice of appeal was due to be filed on February 24, 2022. *See* TEX. R. APP. P. 26.3. On February 28, 2022, appellant filed her notice of appeal.

On March 15, 2022, we ordered appellant to explain how we have jurisdiction over this appeal. Appellant filed a response to our order, stating that she filed, in the trial court, a motion to extend post-judgment deadlines, pursuant to Rule 306a of the Texas Rules of Civil Procedure. Appellant further states that, on March 21, 2022, the trial court ruled on the motion in her favor and determined that all post-judgment deadlines shall run from February 28, 2022. *See* TEX. R. CIV. P. 306a(4)–(5).

Accordingly, we ORDER that the trial court cause the trial court clerk to file, by **March 29, 2022**, a supplemental clerk's record containing a written order regarding the extension of post-judgment deadlines in this case.

Appellant's brief remains due on April 11, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court